**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JAHNAI CRAFTON, DIANE MARZ, and ANDREA MELTON, individually and for others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SSM HEALTH CARE CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 4:24-cv-01447-JMD |

## DEFENDANT'S STATUS REPORT

1. In its Order compelling Plaintiffs' claims to arbitration, the Court administratively closed this action and instructed the parties to jointly update the Court about the status of arbitration every 90 days, or after the conclusion of arbitration. Doc. 64 at 12.

2. Counsel for Defendant has contacted Plaintiff's counsel about proposing a joint status report required by the Court. As of the date of this filing, Plaintiff's counsel has not responded to counsel for Defendant's inquiry. Consequently, Defendant files the present status report.

3. As of the date of this report, Defendant has not received notice that Plaintiffs have made a submitted a demand for arbitration.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By: /s/ Patrick F. Hulla
     Patrick F. Hulla, #41745MO
     700 W. 47th St., Suite 500
     Kansas City, MO 64112
     Telephone:  816-471-1301
     Facsimile:  816-471-1303
     patrick.hulla@ogletree.com

     Mallory S. Zoia, #70377MO
     Holly A. Morrison, #75686MO
     7700 Bonhomme Avenue, Suite 650
     St. Louis, MO  63105
     Telephone:  314-802-3935
     Facsimile:  314-802-3936
     mallory.zoia@ogletree.com
     holly.morrison@ogletree.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify on this 26th day of June, 2026, the foregoing was electronically filed via the Court's CM/ECF system, and service was made through the electronic filing system to:

Anthony Pezzani
Engelmeyer & Pezzani, LLC
13321 N. Outer Forty Rd., Ste. 300
Chesterfield, MO 63017
(636) 532-9933 Phone
(314) 448-4320 Facsimile
tony@epfirm.com

**Attorneys for Plaintiff**

Michael A. Josephson
Andrew W. Dunlap
Olivia R. Beale
Travis Greffenstette
Josephson Dunlap, LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Phone: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

/s/ Patrick F. Hulla
**Attorney for Defendant**

2