# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

JAHNAI CRAFTON, DIANE MARZ, and
ANDREA MELTON, Individually and For
Others Similarly Situated,

                Plaintiff,

v.

SSM HEALTH CARE CORPORATION,

                Defendant.

**Case No. 4:24-cv-01447-JMD**

## PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER

Plaintiffs hereby file their Response to the Court's Order to Show Cause (Doc. 66) and respectfully submit as follows:

1.  Tia Hicks filed this collective action on October 28, 2024 (Doc. 1), alleging SSM Health failed to pay her and other similarly situated workers overtime compensation in violation of the Fair Labor Standards Act (FLSA).

2.  SSM Health moved to compel this matter to arbitration on March 17, 2025, based on an arbitration agreement between Hicks and Care.Stat!, Inc. (CareRev). Doc. 41. Hicks agreed to proceed with her individual claim in arbitration, and the Court Ordered her to move to amend the complaint with a new named Plaintiff. Doc. 47. Hicks did so on June 6, 2025, and the Court granted leave to amend. Docs. 48, 51.

3.  The Amended Complaint (Doc. 53) was filed on July 15, 2025, naming Jahnai Crafton, Diane Marz, and Andrea Melton as named plaintiffs. Two weeks later, SSM Health again moved to compel arbitration based on the named plaintiffs' arbitration agreements with CareRev. Doc. 56.

4.   On March 27, 2026, the Court entered an Order granting SSM Health's Motion to Compel Arbitration. Doc. 64. The Court thereby stayed this matter and ordered the Parties to submit a status report every 90 days or after conclusion of the arbitration, whichever is earlier. *Id.* at 12.

5.   On June 26, 2026, SSM submitted a status report stating Plaintiffs had not commenced arbitration nor responded to Defendant's inquiry for a status report. Doc. 65. On July 13, 2026, the Court entered an Order to Show Cause as to why this case should not be dismissed for failure to prosecute or failure to comply with the Court's Order Doc. 66.

6.   Plaintiffs respectfully request that this matter should not be dismissed. Plaintiffs regret that they did not timely submit a status report regarding arbitration as required by the Court. The attorneys who were primarily responsible for managing this docket left the undersigned's firm in April 2026. In the course of transitioning cases, the deadline to submit a status report was unfortunately missed.

7.   Plaintiffs seek to pursue resolution of this matter without the added cost and expense of arbitration. To that end, Plaintiffs have requested relevant pay and time data from SSM Health necessary to make a demand. Plaintiffs anticipate this matter may be resolved outside of arbitration, and propose the Court continue the stay of this matter with Plaintiffs to file a status report within 45 days of the Court's order.

WHEREFORE, for the reasons stated herein, Plaintiffs request this Court not fully dismiss this matter and to retain this matter on its docket as contemplated in the Court's March 27, 2026 Order staying the case.

Dated: July 28, 2026

Respectfully submitted,

**JOSEPHSON DUNLAP LLP**

By: */s/ Michael A. Josephson*

**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**JOSEPHSON DUNLAP, LLP**
5847 San Felipe St., Ste 2400
Houston, Texas 77057
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

**Richard J. (Rex) Burch**
TX Bar No. 24001807
**BRUCKNER BURCH PLLC**
5847 San Felipe St., Ste 2400
Houston, Texas 77057
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

Anthony M. Pezzani #52900MO
**ENGELMEYER & PEZZANI, LLC**
13321 N. Outer Forty Road, Suite 300
Chesterfield, MO 63017
636.532.9933
314.863.7793 (*Facsimile*)
tony@epfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all parties and/or their counsel of record via this Court's ECF electronic filing system on July 28, 2026, in accordance with the Federal Rules of Civil Procedure.

*/s/ Michael A. Josephson*
**Michael A. Josephson**

3