**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

JAHNAI CRAFTON, DIANE MARZ, and ANDREA MELTON, Individually and For Others Similarly Situated,

Plaintiff,

v.

SSM HEALTH CARE CORPORATION,

Defendant.

**Case No. 4:24-cv-01447-JMD**

**PLAINTIFFS' STATUS REPORT**

Pursuant to this Court's Order (Doc. 68), Plaintiffs Jahnai Crafton, Diane Marz and Andrea Melton, individually and on behalf of all others similarly situated ("Plaintiffs") hereby submit and file their Status Report.

Plaintiff has received relevant pay and time data from Defendant and supplied a settlement demand to Defendant. Plaintiff anticipates being able to engage in discussions about the potential to resolve these claims without the added cost of arbitration. The Parties need additional time to complete this discussion and therefore request Court allow the Parties to file a subsequent joint status report in 30 days.

Dated: September 14, 2026

Respectfully submitted,

**JOSEPHSON DUNLAP LLP**

By: */s/ Andrew W. Dunlap*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**JOSEPHSON DUNLAP, LLP**
5847 San Felipe St., Ste 2400
Houston, Texas 77057
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

**Richard J. (Rex) Burch**
TX Bar No. 24001807
**BRUCKNER BURCH PLLC**
5847 San Felipe St., Ste 2400
Houston, Texas 77057
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

Anthony M. Pezzani #52900MO
**ENGELMEYER & PEZZANI, LLC**
13321 N. Outer Forty Road, Suite 300
Chesterfield, MO 63017
636.532.9933
314.863.7793 (*Facsimile*)
tony@epfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all parties and/or their counsel of record via this Court's ECF electronic filing system on September 14, 2026, in accordance with the Federal Rules of Civil Procedure.

*/s/ Andrew W. Dunlap*
**Andrew W. Dunlap**